**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1655

JIANQING WU,

Plaintiff - Appellant,

versus

EQUIFAX,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:03-cv-01290-AW)

Submitted: February 14, 2007      Decided: February 27, 2007

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jianqing Wu, Appellant Pro Se. John J. Friedline, KILPATRICK & STOCKTON, LLP, Atlanta, Georgia; Nathan Daniel Adler, NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, PA, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jianqing Wu appeals the district court's order granting Equifax's Fed. R. Civ. P. 56 motion for summary judgment and denying Wu's motion for partial summary judgment in this action filed under the Fair Credit Reporting Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Wu v. Trans Union</u>, No. 8:03-cv-01290-AW (D. Md. May 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>